**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

RICARDO JAVIER R.,

Petitioner,

v.

CHRISTOPHER CHESTNUT, et al.,

Respondents.

No. 1:26-cv-00656 JLT EGC (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING IN PART PETITIONER'S MOTION FOR FEES

(Docs. 23, 27)

Ricardo Javier R. is a former federal detainee proceeding by counsel. He initiated this action by filing a petition for writ of habeas corpus under 28 U.S.C. § 2241 on January 26, 2026. (Doc. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

On September 15, 2026, the assigned magistrate judge issued findings and recommendations to grant in part Petitioner's motion for award of attorney's fees pursuant to 28 U.S.C. § 2412. (Doc. 27.) Specifically, the magistrate judge recommended that Respondents be ordered to remit to counsel for Petitioner attorney's fees and expenses in the amount of $8,376.19. (*Id.* at 6.) The Court served the findings and recommendations on all parties. No party filed timely objections. (*See* Docket.) Respondents filed untimely objections on October 8, 2026. (Doc. 29.)

According to 28 U.S.C. § 636(b)(1), the Court conducted a *de novo* review of this case.

Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly, the Court **ORDERS**:

1. The findings and recommendations issued on September 15, 2026 (Doc. 27) are **ADOPTED** in full.
2. Petitioner's motion for award of attorney's fees pursuant to 28 U.S.C. § 2412 (Doc. 23) is **GRANTED IN PART**:
   a. Respondents are **ORDERED** to remit to counsel for Petitioner attorney's fees and expenses in the amount of $8,376.19.
   b. This award shall be made payable to Petitioner, but if the Department of the Treasury determines that Petitioner does not owe a federal debt, then Respondents shall cause the payment of attorney's fees and expenses to be made directly to Petitioner's counsel.

IT IS SO ORDERED.

Dated: November 10, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE